# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Jr., Charles L. | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>101 Holmes Avenue<br>Huntsville, Ala. 35801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 15 P 12: 47
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2. 1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | 2007 | Madison County, Alabama Commission - Salary | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Credit Card | J |
| 2. | Regions Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. | B | Dividend | J | T | | | | | |
| 3. Citi Bank Money Fund | A | Interest | J | T | | | | | |
| 4. Meadowbrook, Ltd. 4.75% Int. in limited partnership | | None | J | U | | | | | |
| 5. Farm: Madison County, Ala. | D | Rent (Crop) | P1 | W | | | | | |
| 6. Farm Rental House: Madison County, Ala. | D | Rent (House) | L | W | | | | | |
| 7. Crown Life Ins. - Cash Value | A | Dividend | J | T | | | | | |
| 8. Apple Computer, Inc. | | None | K | T | | | | | |
| 9. Clorox Co. | A | Dividend | K | T | | | | | |
| 10. ▉▉▉▉ § 457(b) Deferred Comp Account: | | | | | | | | | See Part VIII |
| 11. -- American Century Value Fund | A | Dividend | K | T | | | | | |
| 12. -- Fidelity Contrafund | C | Dividend | K | T | | | | | |
| 13. -- Nationwide Fixed Account | C | Interest | L | T | | | | | |
| 14. -- Nationwide Large Cap Growth Fund | A | Dividend | L | T | | | | | |
| 15. -- S & P 500 Index Fund | A | Dividend | J | T | | | | | |
| 16. Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |
| 17. Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fix Corp Intl., Inc. | | None | J | T | | | | | |
| 19. Sanmina-SCI Corp | | None | J | T | | | | | |
| 20. PACT (Ala. Prepaid Affordable College Tuition plan) | A | Interest | K | T | | | | | |
| 21. Scholars Choice (Section 529 Plan) - No Control | B | Dividend | J | T | | | | | |
| 22. Easy Street Investors Corp.: | | None | K | T | | | | | |
| 23. -- Davis Selected - Large Cap - Money Manager Acct | | | | | | | | | |
| 24. -- Johnson & Johnson | | | | | | | | | |
| 25. -- United Healthcare Corp (formerly United health Group Inc) | | | | | | | | | |
| 26. -- Pepsico, Inc. | | | | | | | | | |
| 27. -- First Horizon Nat. Corp (formerly First Tenn.Nat.Corp) | | | | | | | | | |
| 28. -- Cisco Systems, Inc. | | | | | | | | | |
| 29. -- Exxon Mobil Corp | | | | | | | | | |
| 30. -- Alliant TechSystems, Inc. | | | | | | | | | |
| 31. -- St. Joe Company | | | | | | | | | |
| 32. -- United Technologies Corp. | | | | | | | | | |
| 33. -- Lowe's Companies, Inc. | | | | | | | | | |
| 34. -- Goldman Sachs Group, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Lincoln National Corp. | | | | | | | | | |
| 36.  -- Principal Financial Group | | | | | | | | | |
| 37.  -- Adtran, Inc. | | | | | | | | | |
| 38.  -- Calamos Strategic TR Fund | | | | | | | | | |
| 39.  -- Calamos Money Manager Account | | | | | | | | | |
| 40.  -- Sprint NexTel Corp. | | | | | | | | | |
| 41.  -- Schwab Charles Copr New | | | | | | | | | |
| 42.  -- Syntroleum Corp. | | | | | Buy (add'l) | 9/18 | J | | |
| 43.  -- Cardiac Science Corp. | | | | | | | | | |
| 44.  -- Alpine Total Dynamic | | | | | | | | | |
| 45.  -- Calamos Global Dynamic | | | | | | | | | |
| 46.  -- Calamos International | | | | | | | | | |
| 47.  -- Colonial BancGroup Inc. | | | | | Buy | 5/15 | K | | |
| 48.  Education IRA No. 1: | | | | | | | | | |
| 49.  -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 50.  -- Coca Cola Bottling Co. | A | Dividend | J | T | | | | | |
| 51.  -- Adtran, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | .05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- OverstockCom, Inc. | | None | J | T | | | | | |
| 53. Education IRA No. 2: | | | | | | | | | |
| 54. -- Legg Mason Partners (formerly SB Aggressive Growth Funds) | A | Dividend | J | T | | | | | |
| 55. -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 56. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 57. -- OverstockCom, Inc. | | None | J | T | | | | | |
| 58. Education IRA No. 3: | | | | | | | | | |
| 59. -- Legg Mason Partners (formerly SB Aggressive Growth Funds) | A | Dividend | J | T | | | | | |
| 60. -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 61. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 62. -- OverstockCom, Inc. | | None | J | T | | | | | |
| 63. Education IRA No. 4: | | | | | | | | | |
| 64. -- Legg Mason Partners (formerly SB Aggressive Growth Funds) | A | Dividend | J | T | | | | | |
| 65. -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 66. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 67. -- OverstockCom, Inc. | | None | J | T | | | | | |
| 68. Coca Cola Bottling Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. . | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. eBay, Inc. | | None | J | T | | | | | |
| 70. Rental Property No. 3, Baldwin County, Ala. "(Y)" | | | | | | | | | |
| 71. Trust No. 1: | A | Dividend | J | T | | | | | |
| 72. -- Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 73. -- ITC DeltaCom, Inc. - New Issue | | None | J | T | | | | | |
| 74. Vanguard Age-Based Aggressive Growth (Section 529 Plan) | A | Dividend | J | T | | | | | |
| 75. Adtran, Inc. | A | Dividend | J | T | | | | | |
| 76. Walt Disney (acquisition and merger of Pixar into Disney) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 4, lines 10 through 15:
Each of the assets listed on lines 11 through 15 are held in an Internal Revenue Service § 457(b) deferred compensation plan account sponsored by █████ employer, the Madison County, Alabama Commission, and administered by an entity formerly known as the "Public Employees' Benefit Services Corporation (PEBSCO)," but now known as "Nationwide Retirement Solutions" in partnership with the National Association of Counties (NACo). See 26 U.S.C. § 457.

By means of a letter dated May 15, 2008, and addressed to Judge Ortrie D. Smith as Chair of the Committee on Financial Disclosures, I requested (and was subsequently granted) permission to reorganize the information concerning the assets presently listed on lines 11 through 15 under the common heading of █████ § 457(b) Deferred Comp Account," and, to list the assets in the same order that each fund is reported in █████ quarterly account statements. To assist the reviewer, the following information explains where each of these assets was listed in my 2007 FDR:

-- Line 11: American Century Value Fund was listed in Part VII, page 7, at line 57 of the 2007 FDR;

-- Line 12: Fidelity Contrafund was listed in Part VII, page 4, at line 15. of the 2007 FDR;

-- Line 13: Nationwide Fixed Account was listed in Part VII, page 4, at 10 of the 2007 FDR;

-- Line 14: Nationwide Large Cap Growth Fund was listed in Part VII, page 9, at line 88 of the 2007 FDR; and

-- Line 15: S & P 500 Index Fund was listed in Part VII, page 5, at line 19 of the 2007 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544